UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

OSVALDO ROSA,

                Petitioner,

        v.

UNITED STATES OF AMERICA,

                Respondent.

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-13-2020

88 Cr. 111(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Government shall respond to Petitioner Osvaldo Rosa's motions dated September 28, 2017 and December 5, 2019 [dkt. nos. 45, 47] no later than February 15, 2020.

    The Clerk of the Court shall mail a copy of this order to Mr. Osvaldo.

SO ORDERED.

Dated:    New York, New York
          January 13, 2020

                                    Loretta A. Preska
                              LORETTA A. PRESKA
                              Senior United States District Judge